# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2150

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Jeffrey Glenn Holt, | * | Northern District of Iowa. |
| | * | |
| Appellant. | * | [UNPUBLISHED] |

_____

Submitted: December 27, 2007
Filed: January 9, 2008

_____

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Jeffrey Holt appeals the sentence the district court[1] imposed after revoking his supervised release, arguing that his sentence is unreasonable. We affirm.

Specifically, we hold that Holt's 24-month prison sentence is reasonable, as it is below the statutory maximum, and it resulted from the district court's consideration of appropriate factors under 18 U.S.C. § 3553(a). See 18 U.S.C. § 3583(e)(3) (upon revoking supervised release, court may require defendant to serve in prison all or part

_____

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for Northern District of Iowa.

of supervised release term authorized for offense, without credit for time served on post-release supervision, maximum prison sentence is 5 years if offense underlying supervised release was Class A felony); United States v. White Face, 383 F.3d 733, 740 (8th Cir. 2004) (district court fashioning revocation sentence must consider relevant matters and state some reason for its decision; court adequately considered § 3553(a) factors where it showed awareness of supervised-release violations, criminal history, suggested Guidelines Chapter 7 range, and statutory maximum).

Accordingly, the judgment of the district court is affirmed.

_____